GARY M. GAERTNER, P.J., and CRIST, J., concur.

**Gary Lindell FERGUSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56470.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 20, 1990.

Nancy Schmidt, St. Louis, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion following an evidentiary hearing. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).